ACCEPTED
15-25-00026-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/16/2025 10:52 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/16/2025 10:52:47 AM
CHRISTOPHER A. PRINE
Clerk



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

April 16, 2025

Christopher A. Prine
Clerk of Court
15th Court of Appeals

Re: VACATION LETTER; *Dr. Eric Vanderwerff, D.C. v. Texas Department of Insurance-Division of Workers' Compensation, DWC, and DWC Commissioner Jeff Nelson in his Official Capacity*; No. 15-25-00026-CV

Dear Mr. Prine:

Please note that the undersigned attorney is scheduled for vacation from Wednesday, July 16, 2025, Monday, July 21, 2025.

I respectfully request that any hearings, trials, or discovery deadlines not be scheduled during this period.

Thank you for your courtesy and cooperation in this matter.

Sincerely,

*/s/ Lauren McGee*
LAUREN MCGEE
Assistant Attorney General
State Bar No. 24128835
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:    (512) 475-3203
Lauren. McGee@oag.texas.gov

Cc via email: Brad McClellan, brad.mcclellan@yahoo.com

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster on behalf of Lauren McGee
Bar No. 24128835
jennifer.foster@oag.texas.gov
Envelope ID: 99734038
Filing Code Description: Other Document
Filing Description: Vacation Letter
Status as of 4/16/2025 11:04 AM CST

Associated Case Party: Eric Vanderwerff

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brad McClellan | | brad.mcclellan@yahoo.com | 4/16/2025 10:52:47 AM | SENT |

Associated Case Party: Texas Department of Insurance-Division of Workers Compensation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lauren McGee | | lauren.mcgee@oag.texas.gov | 4/16/2025 10:52:47 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 4/16/2025 10:52:47 AM | SENT |